Exhibit 2

Method Claim: 12

| US7552870B2 | Chase Credit Cards ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>_Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network,_ even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data processing, among others.<br><br>**Col 7: lines 59-67,**<br>**Col 8: line 1**<br><br>_The Use Earned Balance (307) field is_ | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for travels, flights, etc.).<br><br>As shown below, the accused instrumentality provides a reward program that allows members to earn and redeem points for credit card purchases, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the rewards program. The member (referrer) earns bonus points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member for various rewards such as free nights at hotel stays, flights and travels, etc. |

*used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash balance available for the Network User Device (i.e. it is trading Network Resources).</u>*

**Col 8: lines 20-30**

*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. <u>Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner</u>.*



[https://creditcards.chase.com/](https://creditcards.chase.com/)

*The Account Record may be owned by a registered Trading System User, a registered Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance or a Cash Balance. An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System</u> User being an Access Gateway Operator.*



https://www.chase.com/referafriend/catch-all



https://creditcards.chase.com/refer-a-friend



https://creditcards.chase.com/refer-a-friend

## How do I redeem reward points?

Reward points can usually be redeemed through your credit card reward portal or mobile app. If you are actively working to earn and accumulate points, don't forget to check if there are any expiration dates associated with your earned points.

Chase Sapphire is an official partner of the PGA Championship.

https://www.chase.com/personal/credit-cards/education/rewards-benefits/how-to-redeem-credit-card-points

## What can reward points be redeemed for?

Some options for redeeming credit card reward points include:

### Gift cards

Reward programs typically include gift cards as a flexible redemption option. You may find gift card options ranging from restaurants to department stores to entertainment services.

### Statement credit

Your reward points can be redeemed as statement credit.

### Travel

If you've earned points through an airline or hotel credit card, then you might be required to redeem points directly with the brand. Points and cash back earned through traditional credit cards can also be redeemed for travel through select booking websites.

### Cash

Depending on the card, customers may be able to request their cash back in the form of a check or direct deposit.

https://www.chase.com/personal/credit-cards/education/rewards-benefits/how-to-redeem-credit-card-points



https://www.youtube.com/watch?v=Lq0WfUlDuyo



### Chase Dining

Redeem your points for something delicious! Order takeout, browse exclusive reservations or book culinary experiences at restaurants, wineries, bars and pop-ups across the country.

**Explore Dining**

Your 100,000 points are worth
$1,000.00
when you redeem ⓘ

### Gift Cards

Shop with your points and redeem for gift cards from a wide range of popular stores and restaurants.

**Shop Gift Cards**

Your 100,000 points are worth
$1,000.00
when you redeem ⓘ

### Cash Back

You can redeem for cash back and directly deposit it into most U.S. checking and savings accounts or choose to redeem for a statement credit.

**Get Cash Back**

Your 100,000 points are worth
$1,000.00
when you redeem ⓘ

https://www.youtube.com/watch?v=Lq0WfUlDuyo



https://www.youtube.com/watch?v=Lq0WfUlDuyo

| | |
|---|---|
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>_A central element of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/_ | The accused instrumentality practices applying network usage credits (e.g., crediting bonus points to the member's account) to a user (e.g., a referrer i.e., an existing member of the reward program) of having an account (e.g., a member account) for accumulating credits (e.g., crediting bonus points to the member's account) based upon usage (e.g., completing a purchase of credit card) by at least one third party (e.g., a referred friend) of a first network resource (e.g., using a referral link of a referrer for purchasing of credit card, etc.) operated by said user (e.g., a referrer i.e., an existing member of the reward program).<br><br>As shown below, the accused instrumentality provides a reward program that allows members to earn and redeem points for credit card purchases, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the rewards program. The referred friend needs to sign up via the invite link sent by the member to earn points. The member (e.g., a user) earns bonus points (e.g., network usage credits) for each purchase the referred friend (e.g., a third party) completes. |

*operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway.* In this embodiment of the invention, which provides broad flexibility for the Network Device User, each Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.



https://www.chase.com/referafriend/catch-all



https://creditcards.chase.com/refer-a-friend



https://creditcards.chase.com/refer-a-friend

**How do I refer my friends via my personalized link?**

After you have entered in your information and have logged in, click the "Copy" button and share your unique URL with friends. Your friends must apply via the link you provide them. If the link is mis-copied in any way, you will not receive credit for the referral. By sending this link via text message, you confirm that you have consent to send text messages to each recipient.

**Can I refer my friends via the Chase Mobile App?**

"Yes. After you log on to the app, scroll to find your Chase card and tap the card. Next, scroll down and tap "Refer friends" on the screen. Finally, you can share your personalized URL with friends for them to apply."

https://www.chase.com/referafriend/catch-all#

**How much can I earn through this promotion?**

There is a maximum rewards cap for each of our "Refer-A-Friend" offers. That cap will be shown on the offer page you will be directed to after inputting your name, zip code, and last 4 digits of your card on this page. You can earn rewards up to the stated cap for each product's offer.

**When will I receive my rewards?**

Please allow up to 8 weeks after each new cardmember's account approval for the bonus cash back to be posted in your account.

**How will I know that I received my rewards?**

Your bonus will appear on your statement. It will be listed as a "Refer-A-Friend" bonus.

https://www.chase.com/referafriend/catch-all#

## How to Refer-A-Friend with Chase

The process of referring a friend to a Chase credit card is straightforward: You can send out the referral from Chase's website or in the app.

**To navigate from the website:**

1. Go to https://creditcards.chase.com/refer-a-friend.
2. Select the "Refer friends now" button for the card that you'd like to recommend.
3. When prompted, enter your last name, zip code, and the last four digits of your own credit card.
4. Copy the unique URL, and send it to your friend by email, text or social media.

**To navigate from the app:**

1. Log in and select the account for the card that you want to refer.
2. Select "Refer a friend."
3. Copy the unique URL, and send it to your friend by email, text or social media.

https://www.nerdwallet.com/article/credit-cards/chase-refer-bonus



The Chase mobile app makes referring friends easy and quick. Image Credit: Chase

https://upgradedpoints.com/credit-cards/chase-refer-a-friend/



The referral site will have all the information you need, including referral options, links, and annual limits. Image Credit: Chase

https://upgradedpoints.com/credit-cards/chase-refer-a-friend/



https://www.youtube.com/watch?v=8MEaetcfkh4

| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second | The accused instrumentality practices substantially immediately processing a request (e.g., a booking request using Chase Travel, etc.) by said user (e.g., a referrer i.e., an existing member of the reward program) for usage (e.g., a Chase Travel hotel stay) of a second network resource (e.g., a Chase Travel hotel, etc.) operated by a fourth party (e.g., a Chase Travel hotel owner where the member redeems their points, etc.) and allowing access to said second network resource (e.g., a Chase Travel hotel, etc.) if said user (e.g., a referrer i.e., an existing member of the rewards program) has at least a predetermined amount of said network usage credits (e.g., required points to book |
|---|---|

| | |
|---|---|
| network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>**Col 17: lines 3-11**<br><br>_The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization._ If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request | hotel stays, dining experiences, etc.) wherein said first (e.g., using a referral link of a referrer for purchasing of credit card, etc.) and second resources (e.g., a Chase Travel hotel, where the member redeems their points, etc.) have a registered resource sharing arrangement (e.g., agreement between the accused instrumentality and the participating Chase Travel hotel) in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality provides a reward program that allows members to earn and redeem points for credit card purchases, etc. Further, it offers a 'Refer a Friend' program that allows members to earn bonus points by inviting friends to join the rewards program. The member (e.g., a user) earns bonus points for each purchase the referred friend completes. The earned bonus points can be redeemed by the member (e.g., a user) for various rewards such as free nights at hotel stays, flights and travels, etc. (e.g., a second network resource).<br><br>When a member requests to book hotels using points option, the system checks their earned points balance to determine if the member is eligible for a stay at participating Chase Travel hotel. Also, it allows members (e.g., a user) to redeem points for dining, flights, etc. (e.g., a second network resource) provided by a service provider (e.g., a fourth party). Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed by staying across all participating Chase Travel properties. |

*(40) cannot be satisfied, so a reduced Authorization Period must be calculated as follows:*

**Col 17: lines 20-23**

*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.*



https://www.chase.com/referafriend/catch-all



# Refer friends. Earn rewards.

Earn a credit card referral bonus for each friend you refer who gets the card.

### Earn up to $500 cash back per year

You can get $50 cash back for each friend who gets any participating Chase Freedom® Credit Card.

Refer friends now

### Earn up to 100,000 bonus points per year

You can get 10,000 bonus points for each friend who gets either Chase Sapphire® Credit Card.

Refer friends now

### Earn up to 100k bonus points per year

You can get 20,000 bonus points for each friend who gets any Southwest Rapid Rewards® Credit Card.

Refer friends now

https://creditcards.chase.com/refer-a-friend



https://creditcards.chase.com/refer-a-friend

## How do I redeem reward points?

Reward points can usually be redeemed through your credit card reward portal or mobile app. If you are actively working to earn and accumulate points, don't forget to check if there are any expiration dates associated with your earned points.

Chase Sapphire is an official partner of the PGA Championship.

https://www.chase.com/personal/credit-cards/education/rewards-benefits/how-to-redeem-credit-card-points

## What can reward points be redeemed for?

Some options for redeeming credit card reward points include:

**Gift cards**

Reward programs typically include gift cards as a flexible redemption option. You may find gift card options ranging from restaurants to department stores to entertainment services.

**Statement credit**

Your reward points can be redeemed as statement credit.

**Travel**

If you've earned points through an airline or hotel credit card, then you might be required to redeem points directly with the brand. Points and cash back earned through traditional credit cards can also be redeemed for travel through select booking websites.

**Cash**

Depending on the card, customers may be able to request their cash back in the form of a check or direct deposit.

https://www.chase.com/personal/credit-cards/education/rewards-benefits/how-to-redeem-credit-card-points

## How to redeem Chase Ultimate Rewards points

There are four main ways to redeem your Ultimate Rewards points.

**Book travel:** Instead of booking your travel plans directly with an airline, hotel or rental car, you can use the Chase Travel Portal to book these reservations. You can use your Ultimate Rewards points to pay for all or part of the purchase. Or, if you purchase your travel using an eligible Chase credit card, you can earn 5x the rewards on airfare.

**Transfer points to a partner:** If you have a Sapphire Reserve or Sapphire Preferred credit card, you have the ability to transfer your rewards points (in 1,000 point increments) to Chase's travel partners and use those points toward the purchase of travel. Simply log onto the Chase Ultimate Rewards portal and choose the "Transfer to Travel Partners" section. There, you can choose from among the list of airline and hotel travel partners.

**Redeem for cash back:** The Ultimate Rewards portal makes it easy to redeem your rewards points for cash back. You can choose to receive this as a statement credit or have it deposited into your bank account.

**Redeem for gift cards:** Similar to booking travel, you can redeem your rewards points to purchase gift cards through the Ultimate Rewards portal. The point value is 1 cent for gift cards, though sometimes Chase offers discounts on certain gift cards throughout the year, which means the value per point increases and your rewards go a bit further. You can find out which gift cards are discounted by navigating to the gift card section of the Ultimate Rewards portal.

https://www.chase.com/personal/credit-cards/education/basics/how-chase-ultimate-rewards-works

## Travel

- You can use points for available airline tickets, hotel accommodations, car rentals, activities and cruises through Chase Travel.
- You can book Chase Travel at chasetravel.com or call the number on the back of your card.
- A service fee may be charged for calling Chase Travel to book. We'll let you know of the amount of any service fee, if applicable, before you book.
- If you don't have enough points to book your travel, you can pay the additional cost with your card. You can also book most travel through Chase Travel without any points by using your card to pay for it. Minimum point amounts may apply to some bookings.

allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits

https://static.chasecdn.com/content/dam/card/rulesregulations/en/RPA0509_Web.pdf

- Additional terms, conditions and disclosures may apply and will be provided to you before booking your travel and will be part of this agreement.

https://static.chasecdn.com/content/dam/card/rulesregulations/en/RPA0509_Web.pdf



https://www.youtube.com/watch?v=Lq0WfUlDuyo

Chase credit cards can help you buy the things you need. Many of our cards offer rewards that can be redeemed for cash back or travel-related perks. With so many options, it can be easy to find a card that matches your lifestyle. Plus, with Credit Journey you can get a free credit score!

https://www.chase.com/travel

As shown below, an existing member has earned 40,062 points. When the member requests to book hotels on Chase Travel Portal using point's option, it displays a list of participating hotel properties and points per room associated with them. When the system determines the required points are available in the member's account, it allows the member to redeem the points and complete purchase for the selected hotel.



https://www.youtube.com/watch?v=SsQ-OOh7Tbc



https://www.youtube.com/watch?v=SsQ-OOh7Tbc



## Trip cart

**Comfort Hotel Xpress Youngstorget**
1 night, 2 guests

$124.15
Includes taxes/fees

Remove hotel

**Check-in:** Wed, Sep 18, 2024, 03:00 pm
**Check-out:** Thu, Sep 19, 2024, 11:00 am
Double Room (Moderate)

**Free cancellation** until Tue, Sep 17, 2024 05:00 pm (property local time)

Rules, policies and cancellations

Hotel details ∨

### Payment summary

| | |
|---|---|
| Comfort Hotel Xpress Youngstorget | $124.15 |
| Taxes included | $13.30 |
| **Trip total** | **$124.15** |
| **Due today** | **12,415 points** |
| Remaining points | 27,647 points |

All prices are quoted in USD.

For international bookings, fees and taxes due at check-in may be collected in the local currency, which may vary based on exchange rates at the time of travel.

Pricing and availability are subject to change until booking is confirmed.

## Use your rewards

### How many points do you want to redeem?

● Use my points

Choose how many points to apply, and pay the remaining amount with your credit card.

Available points: **40,062 points**

Points redeemed
12,415                [ Update ]

allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits

Balance due: **$0**

https://www.youtube.com/watch?v=SsQ-OOh7Tbc



### Chase Dining

Redeem your points for something delicious! Order takeout, browse exclusive reservations or book culinary experiences at restaurants, wineries, bars and pop-ups across the country.

**Explore Dining**

Your 100,000 points are worth
$1,000.00
when you redeem

### Gift Cards

Shop with your points and redeem for gift cards from a wide range of popular stores and restaurants.

**Shop Gift Cards**

Your 100,000 points are worth
$1,000.00
when you redeem

### Cash Back

You can redeem for cash back and directly deposit it into most U.S. checking and savings accounts or choose to redeem for a statement credit.

**Get Cash Back**

Your 100,000 points are worth
$1,000.00
when you redeem

https://www.youtube.com/watch?v=Lq0WfUlDuyo



https://www.youtube.com/watch?v=Lq0WfUlDuyo